## Zablocki, Appellant, *v.* Brophy.

Before WAJERT, J.

Argued September 8, 1975. *Robert D. Stuart,* for appellant; *William Butler, IV,* with him *Klein, Elicker, Head & Butler,* for appellee.

Order affirmed.